HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00145-DAD-BAM-6 |
| Plaintiff, | |
| vs. | **APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |
| MARIA NUNEZ, | |
| Defendant, | |

Defendant Maria Nunez, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA panel counsel, our office has a conflict.

On June 27, 2019, an Indictment was filed charging Ms. Nunez with Possession with Intent to Distribute 500g or more of a mixture containing methamphetamine, 21 U.S.C. § 841(a)(1). Ms. Nunez had an initial appearance on the charges in the Southern District of California on November 23, 2020. She was released on bond, court set a date for her arraignment in this district for December 9, 2020. Counsel is needed in advance of the arraignment to facilitate the hearing.

Therefore, after reviewing her Financial Affidavit it is respectfully recommended that CJA panel counsel be promptly appointed.

DATED:  December 8, 2020     /s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Branch Chief, Fresno Office

# **O R D E R**

Having satisfied the Court that the defendant Maria Nunez is financially unable to retain counsel, the Court hereby appoints CJA panel counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:  **December 8, 2020**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE