(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER D. WILSON SBN: 192207**
**LAW OFFICE OF ROGER D. WILSON**
2300 Tulare Street, Suite 115
Fresno, California 93721
Telephone: (559) 233-4100
Facsimile: (559) 746-7200
roger@wilson-law.com

Attorney for Defendant, MARIA NUNEZ,

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**MARIA NUNEZ,**<br><br>Defendant. | Case No.: **1:19-cr-00145-DAD-BAM**<br><br>**STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; ORDER THEREON**<br><br>Date:<br>Time:<br>Department: |

Defendant MARIA NUNEZ, by and through his counsel of record, ROGER D. WILSON, and Plaintiff United States of America, by and through its counsel of record JUSTIN GILIO, Assistant U.S. Attorney, hereby stipulate to the following modification of conditions of release:

1. By previous order on December 15, 2020, Ms. Nunez was ordered released on her own recognizance subject to the conditions of supervision imposed by the United States Pretrial Services Office, including that Ms. Nunez be required to reside with a family member in EDCA. For over 18 months, Mr. Nunez has not had any violations of her conditions of release.

2. On June 21, 2022, Counsel for Ms. Nunez received an email from Pretrial Services Officer Stephanie Mott, advising that Pretrial Services recommended Ms. Nunez's terms of supervised release be modified to allow her to reside in her new home on her own.

3. Therefore, it is stipulated that the requirement that Ms. Nunez reside with a family member in the EDCA be vacated

4. All other terms and conditions of release remain in full force and effect.

5. Pretrial Services Officer Stephanie Mott has been advised and approves this modification.

IT IS SO STIPULATED.

DATED:       June 23, 2022                          /s/ Justin Gilio
                                                    JUSTIN GILIO
                                                    Assistant United States Attorney

DATED:       June 23, 2022                          /s/ Roger D. Wilson
                                                    ROGER D. WILSON
                                                    Attorney for Maria Nunez

--o0o--

**O R D E R**

IT IS SO FOUND AND ORDERED that the above Stipulation Modifying Conditions of Release is hereby approved and the modification set forth in paragraph three of the above Stipulation is adopted as a finding by the Court.

IT IS SO ORDERED.

Dated:   **June 23, 2022**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE