(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER D. WILSON SBN: 192207**
**LAW OFFICE OF ROGER D. WILSON**
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 233-4100
roger@wilson-law.com

Attorney for Defendant  MARIA NUNEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIA NUNEZ,<br><br>Defendant. | Case No.: **1:19-cr-00145-ADA-BAM**<br><br>STIPULATION CONTINUING SENTENCING; ORDER<br><br>Date: April 1, 2024<br>Time: 8:30 a.m.<br>Department: 5 |

  Defendant MARIA NUNEZ, by and through her counsel of record, ROGER D. WILSON, and Plaintiff United States of America, by and through its counsel of record JUSTIN GILIO, Assistant U.S. Attorney, hereby as follows:

1. By previous order, this matter was set for sentencing on April 1, 2024.

2. By this stipulation, defendant now moves to continue sentencing until June 17, 2024.

3. The parties agree and stipulate, and request that the Court find the following:

    a. On October 23, 2023, the defendant pled guilty to Count Two, a violation of Title 21 U.S.C. § 841(a)(1)(b)(1)(A) – Possession with Intent to Distribute 500 Grams and More of a Mixture Containing Methamphetamine.

    b. Counsel for defendant desires additional time to explore safety valve related issues with the government.

    c. Additionally, April 1, 024 is a state court holiday and counsel for Ms. Nunez is unavailable.

    d. Counsel for the defendant believes that failure to grant the above requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e. The government does not object the continuance.

IT IS SO STIPULATED.

DATED:  February 27, 2024                     /s/ Justin Gilio
                                                              JUSTIN GILIO
                                                     Assistant United States Attorney

DATED:  February 27, 2024                     /s/ Roger D. Wilson
                                                       ROGER D. WILSON
                                                     Attorney for Maria Nunez

--o0o--

**ORDER**

IT IS SO ORDERED that the sentencing hearing is continued from April 1, 2024, to **June 17, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.
IT IS SO ORDERED.

Dated:   **February 28, 2024**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE