(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER D. WILSON SBN: 192207**
**LAW OFFICE OF ROGER D. WILSON**
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 233-4100
roger@wilson-law.com

Attorney for Defendant  MARIA NUNEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIA NUNEZ,<br><br>Defendant. | Case No.: **1:19-cr-00145-NODJ-BAM**<br><br>STIPULATION CONTINUING SENTENCING; ORDER<br><br>Date: June 17, 2024<br>Time: 8:30 a.m.<br>Department: NODJ |

   Defendant MARIA NUNEZ, by and through her counsel of record, ROGER D. WILSON, and Plaintiff United States of America, by and through its counsel of record JUSTIN GILIO, Assistant U.S. Attorney, hereby as follows:

1. By previous order, this matter was set for sentencing on June 17, 2024.

2. By this stipulation, defendant now moves to continue sentencing until August 12, 2024.

3. The parties agree and stipulate, and request that the Court find the following:

   a. On October 23, 2023, the defendant pled guilty to Count Two, a violation of Title 21 U.S.C. § 841(a)(1)(b)(1)(A) – Possession with Intent to Distribute 500 Grams and More of a Mixture Containing Methamphetamine.

   b. Counsel for defendant desires additional time to due to a scheduling conflict involving a jury trial in Fresno County Superior Court on June 13 thorough 28,

2024, and to investigate and prepare relevant mitigation material in anticipation of sentencing.

    c. Counsel for the defendant believes that failure to grant the above requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d. The government does not object the continuance.

IT IS SO STIPULATED.

DATED:   May 23, 2024                              /s/ Justin Gilio
                                                                   JUSTIN GILIO
                                                                   Assistant United States Attorney

DATED:   May 23, 2024                              /s/ Roger D. Wilson
                                                                   ROGER D. WILSON
                                                                   Attorney for Maria Nunez

--o0o--

### ORDER

IT IS SO ORDERED that the sentencing hearing is continued from June 17, 2024, to **August 12, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:   **May 24, 2024**                              /s/ *Barbara A. McAuliffe*
                                                                   UNITED STATES MAGISTRATE JUDGE