**ROGER D. WILSON SBN: 192207**
**LAW OFFICE OF ROGER D. WILSON**
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 233-4100
roger@wilson-law.com

Attorney for Defendant  MARIA NUNEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**MARIA NUNEZ,**<br><br>Defendant. | Case No.: 1:19-cr-00145-ADA-BAM-6<br><br>**STIPULATION CONTINUING SENTENCING; ORDER.**<br><br>Date: August 12, 2024<br>Time: 8:30 a.m.<br>Courtroom: 5 |

Defendant MARIA NUNEZ, by and through her counsel of record, ROGER D. WILSON, and Plaintiff United States of America, by and through its counsel of record JUSTIN GILIO, Assistant U.S. Attorney, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on August 12, 2024.
2. By this stipulation, defendant now moves to continue sentencing until October 7, 2024.
3. The parties agree and stipulate, and request that the Court find the following:
   a. On October 23, 2023, the defendant pled guilty to Count Two, a violation of Title 21 U.S.C. § 841(a)(1)(b)(1)(A) – Possession with Intent to Distribute 500 Grams and More of a Mixture Containing Methamphetamine.

b. Counsel for defendant desires additional time to due to a scheduling conflict involving a jury trial in Madera County Superior Court scheduled July 16 through August 23, 2024, involving a former corrections officer charged with ninety-seven counts of sexual assault.

c. Counsel for the defendant believes that failure to grant the above requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object the continuance.

IT IS SO STIPULATED.

DATED:     June 16, 2024          /s/ Justin Gilio
                                  JUSTIN GILIO
                                  Assistant United States Attorney

DATED:     June 16, 2024          /s/ Roger D. Wilson
                                  ROGER D. WILSON
                                  Attorney for Maria Nunez

--o0o--

# **O R D E R**

IT IS SO FOUND AND ORDERED that the above Stipulation Continuing Sentencing to **October 07, 2024**, is hereby **APPROVED**.

Dated: July 17, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE