(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER D. WILSON SBN: 192207**
**LAW OFFICE OF ROGER D. WILSON**
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 233-4100
roger@wilson-law.com

Attorney for Defendant  MARIA NUNEZ

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: **1:19-cr-00145-NODJ- BAM** |
| Plaintiff, | **STIPULATION CONTINUING SENTENCING; AND ORDER** |
| v. | |
| **MARIA NUNEZ,** | Date: December 5, 2024<br>Time: 11:00 a.m.<br>Courtroom: 5 |
| Defendant. | |

Defendant MARIA NUNEZ, by and through her counsel of record, ROGER D. WILSON, and Plaintiff United States of America, by and through its counsel of record JUSTIN GILIO, Assistant U.S. Attorney, hereby as follows:

1. By previous order, this matter was set for sentencing on December 5, 2024.

2. By this stipulation, defendant now moves to continue sentencing until February 10, 2024, and to exclude time between December 5, 2024, and February 10, 2025, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

   a. On October 23, 2023, the defendant pled guilty to Count Two, a violation of Title 21 U.S.C. § 841(a)(1)(b)(1)(A) – Possession with Intent to Distribute 500 Grams and More of a Mixture Containing Methamphetamine.

b. Counsel for defendant desires additional time to due to a scheduling conflict involving a jury trial in Madera County Superior Court that began August 24 and will continue through December 13, 2024.

c. Counsel for the defendant believes that failure to grant the above requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object the continuance.

IT IS SO STIPULATED.

DATED:_____December 4, 2024_____                    /s/ Justin Gilio___
                                                        JUSTIN GILIO
                                             Assistant United States Attorney


DATED:_____December 4, 2024_____                    /s/ Roger D. Wilson
                                                        ROGER D. WILSON
                                               Attorney for Maria Nunez




**ORDER**

IT IS SO ORDERED that the sentencing hearing is continued from December 5, 2024, to **February 10, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.


IT IS SO ORDERED.

Dated:  **December 4, 2024**          _____/s/ *Barbara A. McAuliffe*_____
                                      UNITED STATES MAGISTRATE JUDGE