(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER D. WILSON SBN: 192207**
**LAW OFFICE OF ROGER D. WILSON**
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 233-4100
roger@wilson-law.com

Attorney for Defendant  MARIA NUNEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**MARIA NUNEZ,**<br><br>Defendant. | Case No.: **1:19-cr-00145-NODJ**<br><br>**STIPULATION TO RETURN PROPERTY; ORDER.**<br><br>Date: August 27, 2025<br>Time: 2:00 p.m.<br>Courtroom: 8 |

    Defendant MARIA NUNEZ, by and through her counsel of record, ROGER D. WILSON, and Plaintiff United States of America, by and through its counsel of record JUSTIN GILIO, Assistant U.S. Attorney, hereby as follows:

    1.    The parties agree and stipulate, and request that the Court find the following:

        a.    The defendant surrendered her passport on November 23, 2020, at the time of her arrest.

        b.    On October 23, 2023, the defendant pled guilty to Count Two, a violation of Title 21 U.S.C. § 841(a)(1)(b)(1)(A) – Possession with Intent to Distribute 500 Grams and More of a Mixture Containing Methamphetamine.

        c.    On March 24, 2025, the defendant was sentenced to thirty-six months of supervised release.

      d. The defendant requests the return of her passport.

      e. The government does not object the return of defendant's passport.

IT IS SO STIPULATED.

DATED: July 11, 2025                                /s/ Justin Gilio
                                                         JUSTIN GILIO
                                       Assistant United States Attorney

DATED: July 14, 2025                              /s/ Roger D. Wilson
                                                      ROGER D. WILSON
                                       Attorney for Maria Nunez

--o0o--

**O R D E R**

IT IS SO FOUND AND ORDERED that the above Stipulation to return Defendant Maria Nunez's passport, is hereby approved. Defendant Maria Nunez's passport is ordered released immediately to her or her counsel of record.

DATED: July 21, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE