1  **ROGER D. WILSON    SBN: 192207**
   LAW OFFICE OF ROGER D. WILSON
2  2300 Tulare Street, Suite 250
   Fresno, California 93721
3  Telephone: (559) 233-4100
   Email: roger@wilson-law.com
4

5  Attorney for Defendant MARIA NUNEZ

6

7           IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9                       * * * * * *

10 UNITED STATES OF AMERICA,              Case No.: **1:19-CR-00145-ADA-BAM**

11         Plaintiff,                     **MOTION TO TERMINATE CJA APPOINTMENT OF ROGER WILSON AS ATTORNEY OF RECORD; ORDER.**

12      v.

13 MARIA NUNEZ,

14         Defendant.

15      On December 15, 2020, Maria Nunez was indicted on federal charges and Roger

16 Wilson was appointed as trial counsel to represent Ms. Nunez. Ms. Nunez was sentenced

17 pursuant to a plea agreement on March 24, 2025. Ms. Nunez was out of custody at sentencing.

18 The trial phase of Ms. Nunez's criminal case has, therefore, come to an end. Having completed

19 his representation of Ms. Nunez, Roger Wilson now moves to terminate his appointment under

20 the Criminal Justice Act.

21      Should Ms. Nunez require further legal assistance she has been advised to contact the

22 Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare

23 Street, Suite 330, Fresno CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360

24 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

25  Dated: October 23, 2025          Respectfully submitted,
26                                   /s/ Roger D. Wilson
                                     ROGER D. WILSON
27                                   Attorney for Defendant, MARIA NUNEZ
28

# ORDER

Having reviewed the notice and found that attorney Roger Wilson has completed the services for which he was appointed, the Court hereby grants Roger Wilson's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Maria Nunez at the following address and to update the docket to reflect Defendant's pro se status and contact information: 13777 Air Expressway Blvd., Victorville, CA 92394.

**IT IS SO ORDERED.**

Dated: October 24, 2025

Troy L. Nunley
Chief United States District Judge